ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Potomac Yard Constructors | ) ASBCA No. 63032 |
| | ) |
| Under Contract No. FQ16146 | ) |

APPEARANCES FOR THE APPELLANT:     Robert J. Symon, Esq.
                                   Eric A. Frechtel, Esq.
                                     Bradley Arant Boult Cummings LLP
                                     Washington, DC

                                   Mark. R. Berry, Esq.
                                   Michael A. Branca, Esq.
                                     Peckar & Abramsom, PC
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Sara L. Falk, Esq.
                                     Senior Counsel
                                     Washington Metropolitan Area
                                       Transit Authority
                                     Washington, DC

                                   Attison L. Barnes, III, Esq.
                                   George Petel, Esq.
                                     Wiley Rein LLP
                                     Washington, DC

ORDER OF DISMISSAL

Pursuant to the joint request of the parties dated June 30, 2026, this appeal is dismissed with prejudice.

Dated:  July 7, 2026

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63032, Appeal of Potomac Yard Constructors, rendered in conformance with the Board's Charter.

Dated: July 7, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals